UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED SCENIC ARTISTS, LOCAL USA 829, IATSE,

                              Petitioner,

          -v-

JOEY PARNES, *et al.*,

                              Respondents.

25 Civ. 143 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      Petitioner has moved to confirm an October 21, 2024 arbitral award. Dkt. 8. Proceedings to confirm an arbitral award must be "treated as akin to a motion for summary judgment." *D.H Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, the Court sets the following briefing schedule:

- February 4, 2025: Petitioner's memorandum of law in support of its petition due.
- February 25, 2025: Respondents' opposition due.
- March 11, 2025: Petitioner's reply, if any, due.

Petitioner is to serve this order, as well as its petition and papers in support, on respondents forthwith and file proof of this service, on the docket of this case, no later than January 21, 2025.

      SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                  Paul A. Engelmayer
                                                  United States District Judge

Dated: January 14, 2025
       New York, New York