UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

UNITED SCENIC ARTISTS. LOCAL USA 829 IATSE,

          Petitioner,

-against-

JOEY PARNES, JOEY PARNES PRODUCTIONS LLC, *and* BROADWAY RHYTHM & RHYME LLC,

          Respondents.

-----------------------------------------------------------------X

25 **CIVIL** 00143 (PAE)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 8, 2025, the Court confirms the Award in favor of the Union and issues judgment in the amount of $202,682.53, plus (1) pre-judgment interest of 9%, to accrue from the date of the Award through the date of this judgment amounting in total pre-judgment interest of $9,995.30, (2) post-judgment interest, to accrue from the date of this judgment until payment is made, and (3) attorneys' fees and costs in the amount of $10,510.70. Accordingly, the case is closed.

**Dated**: New York, New York
      May 9, 2025

                                            **TAMMI M. HELLWIG**
                                            **Clerk of Court**

                 **BY:**

                                            **Deputy Clerk**